# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU ARY ELIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation<br><br>Defendant. | Case No. 3:23-02032-JO-MSB<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE |

The Court has reviewed the Joint Motion to Dismiss the Action with Prejudice, and hereby orders as follows:

The entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 2/13/24

_____
Honorable Jinsook Ohta
United States District Judge

- 1 -

Order                                                                                       CASE NO. 3:23-01495-L-SBC